IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-00103-CJW |
| Plaintiff, | ) ) ) | **INDICTMENT** |
| vs. | ) ) ) | Counts 1-2<br>18 U.S.C. § 922(a)(6): False Statement During Purchase of Firearm |
| JASON HENRY TETTER II, | ) ) ) | |
| Defendant. | ) ) ) ) ) ) | Count 3<br>18 U.S.C. § 922(a)(6): False Statement During Attempted Purchase of Firearm |

The Grand Jury charges:

### Count 1

**False Statement During Purchase of a Firearm**

On or about March 29, 2024, in the Northern District of Iowa, defendant, JASON HENRY TETTER II, in connection with the acquisition of a firearm, a Glock 21, .45 caliber pistol, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented the firearm he was purchasing was for himself, when in fact defendant purchased the firearm on behalf of another person.

1

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 2

### False Statement During Purchase of a Firearm

On or about April 1, 2024, in the Northern District of Iowa, defendant, JASON HENRY TETTER II, in connection with the acquisition of a firearm, a Taurus PT111 G2, 9mm pistol, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented the firearm he was purchasing was for himself, when in fact defendant purchased the firearm on behalf of another person.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

### False Statement During Attempted Purchase of a Firearm

On or about the August 15, 2024, in the Northern District of Iowa, defendant, JASON HENRY TETTER II, in connection with the attempted acquisition of a firearm, a Springfield Armory/Springfield Inc., XD-45ACP, .45 ACP caliber pistol, from FFL#2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to

FFL#2, which statement was intended and likely to deceive FFL#2, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that (1) defendant represented the firearm he was purchasing was for himself, when in fact defendant attempted to purchase the firearm on behalf of another person, and (2) defendant represented that he was not under indictment or information in any court for a felony, when in fact defendant was under information for a felony in the Iowa District Court for Linn County.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

TIMOTHY T. DUAX
United States Attorney

By: _____

KYNDRA LUNDQUIST
Assistant United States Attorney

A TRUE BILL

███████████████

Grand Jury Foreperson    Date: 11/6/2024

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 11/6/2024
PAUL DE YOUNG, CLERK

3